UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

        v.                                  Case No. 10-mc-83-JD

Robert M. Condon


O R D E R

I herewith approve the [5] Report and Recommendation of Magistrate Judge Landya B. McCafferty dated January 4, 2011, no objection having been filed.

The taxpayer, Robert M. Condon, is ordered to obey the summonses and to appear on March 3, 2011, at 9:00 a.m., at the IRS office located at 80 Daniel Street, Portsmouth, New Hampshire, before Stephen A. Jerome (or any other authorized Revenue Officer of the IRS) to give testimony and produce all books and records in his possession or control required and called for by the terms of the summonses of May 19, 2010.

It is further ordered that the government be awarded its costs.

SO ORDERED.

January  27, 2011                         /s/ Joseph A. DiClerico, Jr.
                                         Joseph A. DiClerico, Jr.
                                         United States District Judge


cc:    Michael T. McCormack, AUSA
       Robert M. Condon